UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHNNIE FITZGERALD HOWARD,

    Plaintiff,

-vs-                                            Case No. 8:10-CV-994-T-30EAJ

DAVID GEE, Sheriff of Hillsborough
County, et al.,

    Defendants.
_____/

## ORDER

Plaintiff Johnnie Fitzgerald Howard was ordered (Doc. 4) to file an amended complaint. The order was apparently delivered to Howard because it was not returned as undeliverable. Howard has not responded to the order. Howard was advised that the failure to timely comply would result in the dismissal of this case without further notice (Id. at pg. 3).

Accordingly, the Court **ORDERS** that:

1. This case is **DISMISSED** for Howard's failure to file an amended complaint as ordered (Doc. 4). The dismissal is without prejudice to Plaintiff filing a new action under a new case number.

2. The **Clerk** shall terminate all pending motions, and close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 8, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Plaintiff *pro se*